UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CESAR RIOS-GARCIA,

Petitioner,

v.

BRUCE SCOTT, Warden of the Northwest ICE Processing Center, in his official capacity as well as his successors and assigns, et al.,

Respondents.

No. 2:26-CV-03074-SAB

**ORDER REASSIGNING CASE**

The above-captioned case is reassigned to Judge Tiffany M. Cartwright for all further proceedings. Judge Stanley A. Bastian is no longer assigned to the case.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Clerk of Court shall reassign the above-captioned case to Judge Tiffany M. Cartwright.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this order and provide copies to counsel and Judge Cartwright.

**DATED** this 2nd day of September 2026.

Stanley A. Bastian
United States District Judge